# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| RUDI PEREZ FERNANDEZ, WILFREDO MENDOZA ESTREMERA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br><br>vs.<br><br>GENESIS JUNGLES LLC,<br>BARBARA MEDINA,<br>HARRY NELSON,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     16-cv-20936-Cooke/Torres |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
GENESIS JUNGLES LLC
Registered Agent: Barbara Medina
9240 SW 157 Place
Miami, FL 33196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 15, 2016
_____

*s/ J. Adams*
_____
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RUDI PEREZ FERNANDEZ, WILFREDO MENDOZA ESTREMERA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br><br>vs.<br><br>GENESIS JUNGLES LLC, BARBARA MEDINA, HARRY NELSON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

16-cv-20936-Cooke/Torres

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
BARBARA MEDINA
9240 SW 157 Place
Miami, FL 33196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___Mar 15, 2016___



**SUMMONS**

_s/ J. Adams_
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | | |
|---|---|---|
| RUDI PEREZ FERNANDEZ, WILFREDO MENDOZA ESTREMERA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiff,<br>vs.<br><br>GENESIS JUNGLES LLC,<br>BARBARA MEDINA,<br>HARRY NELSON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 16-cv-20936-Cooke/Torres |

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
HARRY NELSON
9240 SW 157 Place
Miami, FL 33196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Mar 15, 2016



**SUMMONS**

s/ J. Adams

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court