UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20936-Civ-COOKE/TORRES

RUDI PEREZ FERNANDEZ,
and all others similarly situated
under 29 USC 216(b), et al.,

    Plaintiffs,

vs.

GENESIS JUNGLES LLC.,
BARBARA MEDINA and
HARRY NELSON,

    Defendants.
_____/

## ORDER

THIS MATTER is before me *sua sponte*. I have reviewed the pertinent portions of the record, and am otherwise fully advised in the premises. Based thereon, it is hereby **ORDERED and ADJUDGED** that, in an attempt to expedite the processing of the action, Plaintiff shall serve Defendant with a copy of the summons and complaint within sixty (60) days of the date of this Order. If Plaintiff is unable to do so, Plaintiff shall provide an explanation to the Court as to the reason why Defendant has not been served within the allotted sixty days and shall provide a detailed description of the attempts he has made to serve Defendant. It is further **ORDERED and ADJUDGED** that failure to comply with this Order may lead to immediate dismissal of this cause.

**DONE and ORDERED** in chambers, at Miami, Florida, this 23rd day of November 2015.

                                            MARCIA G. COOKE
                                            United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*