UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20936-Civ-COOKE/TORRES

RUDI PEREZ FERNANDEZ,
and all others similarly situated
under 29 USC 216(b), et al.,

    Plaintiffs,

vs.

GENESIS JUNGLES LLC.,
BARBARA MEDINA and
HARRY NELSON,

    Defendants.
_____/

## NOTICE OF JOINT MOTIONS

The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

**DONE and ORDERED** in chambers in Miami, Florida this 31st day of March 2016.

_____
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Edwin G. Torres,* U.S. Magistrate Judge
*Counsel of Record*