UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
)
       Plaintiff, )
  vs. )
)
)
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
)
       Defendants. )
_____ )

## **PLAINTIFFS' STATEMENT OF CLAIM**

     Now comes the Plaintiffs through the undersigned and files the above-described Statement of Claim as follows:

Half-time Overtime Claim for Rudi Perez Fernandez:

Period Claimed: 08/20/2015-1/09/2016
Half-time rate claimed: $5.45
Total Weeks claimed: 20
Hours per week: 26
Total wages unpaid and liquidated damages: $2,834.00 X 2 = $5,668.00

Half-time Claim for Wilfredo Mendoza Estremera

Period Claimed: 06/22/2015-Present and ongoing
Half-time rate claimed: $11.00
Total Weeks claimed: 42 (as of today's date)
Hours per week: 20
Total wages unpaid and liquidated damages: $9,240 X 2 = $18,480.00

Half-time Claim for Abdiel Mendoza Rodriguez Estremera

Period Claimed: 10/12/2015-Present and ongoing
Half-time rate claimed: $6.00
Total Weeks claimed: 25 (as of today's date)
Hours per week: 20
Total wages unpaid and liquidated damages: $3,000.00 X 2 = $6,000.00

Total Including Liquidated Damages

$15,074.00 x 2 = **$30,148.00**

\*\*Plaintiff seeks all fees and costs under the FLSA.
\*\*Plaintiff reserves the right to seek time and one-half damages for any completely unpaid overtime hours should the facts adduced in discovery justify same.

    Respectfully Submitted,

    J.H. Zidell, P.A.
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    *Attorneys for Plaintiff*

    By:  /s/ Allyson Kutner Morgado
    Allyson Kutner Morgado, Esq.
    Amorgado.jhzidell@gmail.com
    Florida Bar Number: 91506

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on

April 13, 2016.

    J.H. Zidell, P.A.
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    *Attorneys for Plaintiff*

    By:  /s/ Allyson Kutner Morgado
    Allyson Kutner Morgado, Esq.
    Amorgado.jhzidell@gmail.com
    Florida Bar Number: 91506