UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
)
         Plaintiff, )
vs. )
)
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
)
         Defendants. )
_____ )

**ALIAS SUMMONS IN A CIVIL ACTION**

To:
HARRY NELSON
4784 SW 75th Ave
Miami, FL 33155

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         J.H. Zidell, Esq.
         J.H. Zidell P.A.
         300 71ST Street, Suite 605
         Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

May 20, 2016



Steven M. Larimore
Clerk of Court

SUMMONS

*s/ C. Barnes-Butler*
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
)
Plaintiff, )
vs. )
)
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
)
Defendants. )
_____ )

**ALIAS SUMMONS IN A CIVIL ACTION**

To:
GENESIS JUNGLES LLC
c/o Registered Agent, Barbara Medina
4784 SW 75th Ave
Miami, FL 33155

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

May 20, 2016

Steven M. Larimore
Clerk of Court

SUMMONS

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
)
       Plaintiff, )
vs. )
)
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
)
       Defendants. )
)

**ALIAS SUMMONS IN A CIVIL ACTION**

To:
BARBARA MEDINA
4784 SW 75th Ave
Miami, FL 33155

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

May 20, 2016



Steven M. Larimore
Clerk of Court

SUMMONS

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts