# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

CASE NO.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO
MENDOZA ESTREMERA, ABDIEL
MENDOZA RODRIGUEZ ESTREMERA,
and all others similarly situated under 29
U.S.C. 216(b),

        Plaintiff,

vs.

GENESIS JUNGLES LLC,
BARBARA MEDINA,
HARRY NELSON,

        Defendants.



## ALIAS SUMMONS IN A CIVIL ACTION

To:
HARRY NELSON
4784 SW 75th Ave
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

May 20, 2016

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

Steven M. Larimore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

16-20936

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Chang Neis_

was received by me on *(date)* 5/26/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _Susan Mayn_
_____ , a person of suitable age and discretion who resides there,

on *(date)* 5/26/16 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 5/26/16 _____

_____
*Server's signature*

Frank Ayllon
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: