# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
 )
        Plaintiff, )
vs. )
 )
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
 )
        Defendants. )

DATE 5/26/2016 SERVED
TIME 11:58A

## ALIAS SUMMONS IN A CIVIL ACTION

To:
BARBARA MEDINA
4784 SW 75th Ave
Miami, FL 33155

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J.H. Zidell, Esq.
    J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

May 20, 2016



SUMMONS

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-20936

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Barbara Monzon

was received by me on *(date)* 5/26/16

☒ I personally served the summons on the individual at *(place)* 4784 SW 20 AV
Miami Fl  on *(date)* 5/26/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 5/26/16

Server's signature

Frank Ayllon
Printed name and title

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
)
Plaintiff, )
vs. )
)
)
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
)
Defendants. )
)

## ALIAS SUMMONS IN A CIVIL ACTION

To:
GENESIS JUNGLES LLC
c/o Registered Agent, Barbara Medina
4784 SW 75th Ave
Miami, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

May 20, 2016

SUMMONS

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-20936

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Genesis Jan Glass LLC
was received by me on *(date)* 5/20/16

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gorgom Marriot, who is designated by law to accept service of process on behalf of *(name of organization)* Genesis JenGlas LLC on *(date)* 5/26/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 5/26/16

Server's signature

Frank Ayllon
*Printed name and title*

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

LUIS BRIAN HERNANDEZ GUERRA and )
all others similarly situated under 29 U.S.C. )
216(b), )
 )      16-21242-CIV-MARTINEZ/GOODMAN
 )
     Plaintiff, )
vs. )
 )
AL-FLEX EXTERMINATORS, INC., and )
ALEXANDER E. NAPOLES )
 )
 )
     Defendants. )
_____ )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
ALEXANDER E. NAPOLES
4035 SW 98th Ave.
Miami, FL 33165

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **APRIL 8, 2016**





Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-20936

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alexander Angueira

was received by me on *(date)* 5/20/16

☒ I personally served the summons on the individual at *(place)* 4025 SW 98 Ave
Miami Fl          on *(date)* 5/26/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 5/26/16

_____
*Server's signature*

Frank Ayllon
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

LUIS BRIAN HERNANDEZ GUERRA and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
      Plaintiff, )
vs. )
)
AL-FLEX EXTERMINATORS, INC., and )
ALEXANDER E. NAPOLES )
)
)
      Defendants. )

16-21242-CIV-MARTINEZ/GOODMAN

5/26/2016
SERVED
DATE
TIME 12:15
BY _____ CER# 74

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
AL-FLEX EXTERMINATORS, INC.
Registered Agent: Alexander E. Napoles
4035 SW 98th Ave.
Miami, FL 33165

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    J.H. Zidell, Esq.
    J.H. Zidell P.A.
    300 71ST Street, Suite 605
    Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: APRIL 8, 2016



Steven M. Larimore

SUMMONS

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-21412

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AL FLEX EXTERMINATORS INC
was received by me on *(date)* 5/26/16

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ALEXANDER NAPOLES, who is designated by law to accept service of process on behalf of *(name of organization)* AL FLEX EXTERMINATORS INC on *(date)* 5/26/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 5/26/16

_____
Server's signature

Frank Ayllon
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| JOSE RAMIRO REYES CAMPOS, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) | 16-cv-61079-DPG |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| SALDIVENA OF BROWARD CORPORATION, FEDERICO YANEZ, and VILLEDA CONCRETE FINISH, INC, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To:
FEDERICO YANEZ
5236 SW 82 Ave
Davie, FL 33328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

5/20/2016

Steven M. Larimore
Clerk of Court

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-61079

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federico Yanez

was received by me on *(date)* 5/20/16.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Val
_____, a person of suitable age and discretion who resides there,
on *(date)* 5/26/16, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 5/26/16

_____
Server's signature

Perry Parang
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSE RAMIRO REYES CAMPOS, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>SALDIVENA OF BROWARD CORPORATION, FEDERICO YANEZ, and VILLEDA CONCRETE FINISH, INC,<br><br>Defendants. | 16-cv-61079-DPG |

## SUMMONS IN A CIVIL ACTION

To:
SALDIVENA OF BROWARD CORPORATION
c/o Registered Agent, Federico Yanez
5236 SW 82 Ave
Davie, FL 33328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

5/20/2016

Steven M. Larimore
Clerk of Court

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-61079

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sh/Di'vena of Blenn Cap

was received by me on *(date)* 5/20/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paul, who is designated by law to accept service of process on behalf of *(name of organization)* Sh/Di'vena of Blenn Cap on *(date)* 5/26/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 5/26/16

_____
Server's signature

Perry Parang
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: