UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
       Plaintiff, )
vs. )
)
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
)
       Defendants. )
_____ )

## NOTICE OF COMPLIANCE WITH COURT ORDER [DE 17]

Plaintiffs, by and through the undersigned counsel, hereby file this Notice of Compliance with Court Order [DE 17], and state the following in support thereof:

1. On May 31, 2016, this Court entered an Order extending the deadline for service to be effectuated by June 10, 2016. [DE 17]

2. On May 26, 2016, Defendant, Harry Nelson, was served with the Summons and Amended Complaint. [DE 19]

3. On May 26, 2016, Defendant, Barbara Medina, was served with the Summons and Amended Complaint. [DE 20]

4. On May 26, 2016, Defendant, Genesis Jungles LLC, was served with the Summons and Amended Complaint. [DE 21]

                                             Respectfully submitted,

                                             J.H. Zidell, P.A.

300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Allyson Morgado
Allyson Morgado, Esq.
Amorgado.jhzidell@gmail.com
Florida Bar Number: 91506

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 7, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Allyson Morgado
Allyson Morgado, Esq.
Amorgado.jhzidell@gmail.com
Florida Bar Number: 91506