UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

Case No.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all other similarly situated under )
29 U.S.C. 216(b), )
 )
      Plaintiff, )
vs. )
 )
GENESIS JUNGLES LLC; )
BARBARA MEDINA and HARRY NELSON, )
 )
      Defendants. )
_____)

### NOTICE OF FILING DESIGNATED E-MAIL ADDRESS PURSUANT TO RULE 2.516, FLA.R.JUD.ADMIN.

The Defendant, GENESIS JUNGLES LLC, by and through its undersigned attorney, files this Notice of Designation of E-Mail Address pursuant to Rule 2.516 of the Florida Rules of Judicial Administration and notices all parties to this action that the following e-mail address is the designated e-mail address for service of all documents required to be served on this Defendant:

**davidhowland@howlandlegal.com**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **3rd** day of **November, 2016** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via Notices of Electronic Filing generated by CM/ECF on **J.H.**

**Zidell, Esq.**, Counsel for Plaintiff, J.H. Zidell, P.A., 300 71st St, Suite 605, Miami Beach, FL 33141; zabogado@aol.com.

                              **DAVID R. HOWLAND, ESQ.**
                              Law Offices of David R. Howland
                              Counsel for Defendant, Genesis Jungles LLC
                              1450 Madruga Avenue, Suite 203
                              Coral Gables, FL 33146
                              Telephone: 305-662-9510
                              Facsimile: 305-662-4339
                              E-Mail: davidhowland@howlandlegal.com

                              By: */s/ David R. Howland*
                              DAVID R. HOWLAND, ESQ.
                              FL Bar No. 127763