UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsd.uscourts.gov

Case No.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all other similarly situated under )
29 U.S.C. 216(b), )
)
        Plaintiff, )
vs. )
)
GENESIS JUNGLES LLC; )
BARBARA MEDINA and HARRY NELSON, )
)
        Defendants. )
_____)

## MOTION TO WITHDRAW AS COUNSEL
## FOR GENESIS JUNGLES, LLC

The Law Offices of David R. Howland, by and through David R. Howland, Esq., and pursuant to Local Rule 11.1(d),(3),(5), moves the court for the entry of an order allowing undersigned counsel to withdraw as attorney of record for GENESIS JUNGLES LLC and to further order an extension of time for any Defendant served with process to retain replacement counsel or counsel to a date certain.

In support of the motion, undersigned counsel represents to the court that there are irreconcilable differences between counsel and the defendant of record, GENESIS JUNGLES, LLC, rendering it impossible for undersigned counsel to continue to represent this Defendant.

No prejudice will result to any of the Plaintiffs by allowing counsel for GENESIS JUNGLES, LLC to withdraw as its attorney to include any brief times designated by the court to allow this defendant, or any other defendant served with process to retain replacement counsel or for counsel to enter an appearance.

## MEMORANDUM OF LAW

Local Rule 11.1 of the Southern District outlines the procedures for representation of a party and for the withdrawal of counsel who has entered an appearance to represent a party. The rules are clear and unambiguous. Undersigned counsel has complied with these rules by filing this motion and serving it upon counsel for the Plaintiffs and the Defendant, GENESIS JUNGLES, LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **25th** day of **November, 2016** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day via Notices of Electronic Filing generated by CM/ECF on: **J.H. Zidell, Esq.,** Counsel for Plaintiff, J.H. Zidell, P.A., 300 71st St, Suite 605, Miami Beach, FL 33141; zabogado@aol.com  and via U.S. Mail and E-Mail on:  **Genesis Jungles, LLC  c/o Registered Agent, Barbara Medina**, 4784 SW 75 Ave, Miami, FL 33155; genesisjungles@gmail.com.

**DAVID R. HOWLAND, ESQ.**
Law Offices of David R. Howland
Counsel for Defendant, Genesis Jungles LLC
1450 Madruga Avenue, Suite 203
Coral Gables, FL 33146
Telephone: 305-662-9510
Facsimile: 305-662-4339
E-Mail: davidhowland@howlandlegal.com

By: _/s/ David R. Howland_
DAVID R. HOWLAND, ESQ.
FL Bar No. 127763