01/03/2017 14:43 Estrella Insurance #124 FAX)3055587789 P.004/004
Case 1:16-cv-20936-MGC Document 28 Entered on FLSD Docket 01/06/2017 Page 1 of 2
Case 1:16-cv-20936-MGC Document 15 Entered on FLSD Docket 05/20/2016 Page 3 of 3

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
Plaintiff, )
vs. )
)
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
)
Defendants. )
)

11/15/2016

9/07
39

Mr Medina

## ALIAS SUMMONS IN A CIVIL ACTION

To:
BARBARA MEDINA
4784 SW 75th Ave
Miami, FL 33155

2623 NW 24ST #8
Miami, FL 33142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



May 20, 2016



SUMMONS

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.:

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Barbara Medina__
was received by me on *(date)* __11-10-2016__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, whi—
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____

☒ Other *(specify)*: __See the Info Below__

My fees are $ __20.00__ for travel and $ __20.00__ for services, for a total of $ __40.00__.

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

__FRANK AYLLON__
Printed name and title

__3000 Biscayne Blvd FL__
Server's address

Additional information regarding attempted service, etc:
ON 11/14/2016 Around 11:00am I Arrived at Address 2623 N.W. 24 St Miami FL 33142 missing Apt #. I ask a lady in the building for the property manager. She responded that she was the wife of the Condominium President. Then I ask if she knew Barbara Medina, she responded that Barbara lived in Apt #8 and no one answer at that time.
On 11/15/2016 At 9:10pm I returned to Apt #8 and Mr. Medina Answer door. I ask for Barbara Medina, he said she moved and shut door in my face. I then advice again the purpose of my visit and inform him that I was leaving the summon and Complaint at the door.