RUDI PEREZ FERNANDEZ, WILFREDO )
MENDOZA ESTREMERA, ABDIEL )
MENDOZA RODRIGUEZ ESTREMERA, )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
                  Plaintiff, )
vs. )
)
GENESIS JUNGLES LLC, )
BARBARA MEDINA, )
HARRY NELSON, )
)
                  Defendants. )
)

11/15/2016
SERVED
DATE
TIME 9:70?
BY

M. Medina

## ALIAS SUMMONS IN A CIVIL ACTION

To:
GENESIS JUNGLES LLC
c/o Registered Agent, Barbara Medina
4784 SW 78th Ave
Miami, FL 33155

2623 NW 24ST H8
MIAMI FL. 33142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                  J.H. Zidell, Esq
                  J.H. Zidell P.A.
                  300 71ST Street, Suite 605
                  Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

May 20, 2016

**SUMMONS**

s/C. Barnes-Butler
Deputy Clerk
U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. :

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Genesis JAngles LLC
was received by me on *(date)* 11/10/2016

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____

☒ Other *(specify)*: See the info BElow

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature

FRANK AYLLON
Printed name and title

3000 Biscayne Blvd FL
Server's address

Additional information regarding attempted service, etc:
On 11/14/2016 Around 11:00 Am I arrived at Address 2623 NW 24 St miami, FL 33142. Missing Apt #. I Ask A lady in the building for the property Manager. She responded that she was the wife of the condominium President. Then I Ask if she knew Barbara Medina, she responded that Barbara lived in Apt # 8. And No one Aswer at that time. On 11/15/2016 at 9:10 p.m I returned to Apt # 8 and mr. Medina Answer door. I Ask for Barbara Medina, he said she moved and shut door in my face. I then Advice Against the purpose of my visit and inform him that I was leaving the Summons and Complaint at the door.