UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20936-CIV-MGC

RUDI PEREZ FERNANDEZ, WILFREDO  )
MENDOZA ESTREMERA, ABDIEL       )
MENDOZA RODRIGUEZ ESTREMERA,    )
and all others similarly situated under 29  )
U.S.C. 216(b),                              )
                                            )
    Plaintiff,                              )
v.                                          )
                                            )
GENESIS JUNGLES LLC,                        )
BARBARA MEDINA,                             )
HARRY NELSON,                               )
                                            )
    Defendants.                             )
_____)

## NOTICE OF SPECIAL APPEARANCE

COME NOW, SENEN GARCIA, ESQ and VIRGINIA LEE PEREZ, ESQ. of LAW OFFICES OF SENEN GARCIA, P.A., hereby file this Notice of Special Appearance only for the purpose of Defendants, BARBARA MEDINA and GENESIS JUNGLES LLC's, Motion to Dismiss and does not waive service of the Complaint/Statement of Claim. Virginia Lee Perez, Esq. and the LAW OFFICES OF SENEN GARCIA, P.A d/b/a SG LAW GROUP and SENEN GARCIA, ESQ. shall specially appear on behalf of the Defendant. This Notice does not act as acceptance of service for the First Amended Complaint filed on November 15, 2016.

DATED: January 23, 2017

                        Respectfully Submitted,

                        By: s/ *Virginia Lee Perez, Esq.*
                        VIRGINIA LEE PEREZ, FBN 85266

## CERTIFICATE OF SERVICE

I certify that on January 23, 2017, a true and correct copy of the foregoing was filed through the Florida e-filing system and electronically served by same to J.H. Zidell, Esq.; 300 71st Street, Suite 605; Miami Beach, FL 33141.

By: s/ *Virginia Lee Perez, Esq.*
VIRGINIA LEE PEREZ, FBN 85266
SENEN GARCIA, FBN 58631
Law Office of Senen Garcia, P.A.
2665 S. Bayshore Dr., Ste 220
Coconut Grove, FL 33133
Telephone: (305) 606-6139
Fax: (305) 856- 0622
vperez@sgarcialaw.com
senen@sgarcialaw.com
office_manager@sgarcialaw.com