UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20936-CIV-MGC

| | |
|---|---|
| RUDI PEREZ FERNANDEZ, WILFREDO MENDOZA ESTREMERA, ABDIEL MENDOZA RODRIGUEZ ESTREMERA, and all others similarly situated under 29 U.S.C. 216(b),<br><br>   Plaintiff,<br>vs.<br><br>GENESIS JUNGLES LLC,<br>BARBARA MEDINA,<br>HARRY NELSON,<br><br>   Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CORRECTION TO DE 37

  Undersigned Counsel notices that he made an error in DE 37, and believed the process server was referring to the address listed in Sunbiz as a personal residence. That was a mistake that Counsel makes no excuse for and clearly was an error not made with malicious intent. The address listed with Sunbiz service was attempted multiple times, and the home address of the ex-boyfriend was attempted because all attempts to serve the registered service address failed.

  It is important that Undersigned Counsel acknowledge that he was confused by all of the different attempts to serve and, therefore, inadvertently made a misrepresentation to the Court. Undersigned Counsel apologizes to the Court and Opposing Counsel for same and any offense same may have caused.

                     Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 113, 2017.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028